IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-82-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| DONNIE LEE PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

Before the court is the Government's motion [DE 16] to file under seal docket entry number 15 pursuant to Local Criminal Rule 55.2. For good cause shown, the motion is ALLOWED and docket entry number 15 shall be filed under seal.

SO ORDERED.

This the 6th day of June, 2016.

JAMES C. FOX
Senior United States District Judge