UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-82-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONNIE LEE PHILLIPS | ) | |

This matter comes before the Court by motion of the United States to amend the judgment entered in this case [D.E. 33] pursuant to Federal Rule of Criminal Procedure 36. Having reviewed the Government's Motion, to which the defendant has consented, the Government's Motion is hereby GRANTED.

Rule 36 provides that upon notice, the court may, at any time, correct a clerical error in a judgment arising from oversight or omission. The Court finds that page seven of Phillips's judgment contains clerical errors concerning the extent to which related defendants Terry Lamont Speller and Reginald Lee Saunders are jointly and severally liable for Phillips's restitution obligation. Therefore, the judgment shall be amended to reflect that Terry Lamont Speller is jointly and severally liable with Donnie Lee Phillips to the extent of $5,722,364.09. The judgment shall also be amended to reflect that Reginald Lee Saunders is jointly and severally liable with Donnie Lee Phillips to the extent of $321,300.39. The Clerk is directed to amend the judgment [D.E. 33] accordingly.

SO ORDERED, this ⎯ day of May, 2017.

_____
TERRENCE W. BOYLE
U.S. District Judge